# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1321**

**KA 11-01582**

PRESENT: SCUDDER, P.J., FAHEY, CARNI, LINDLEY, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                   MEMORANDUM AND ORDER

MICHAEL J. LUPER, DEFENDANT-APPELLANT.

---

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (BARBARA J. DAVIES OF COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (DONNA A. MILLING OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered June 28, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a weapon in the second degree (Penal Law § 265.03 [3]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256). Although County Court's colloquy was brief, defendant signed a detailed written waiver of the right to appeal (*see People v Ramos*, 7 NY3d 737, 738), and he acknowledged to the court that he understood that he was foregoing the right to appeal (*cf. People v Bradshaw*, 18 NY3d 257, 267). The valid waiver encompasses any challenge by defendant to the severity of the sentence (*see Lopez*, 6 NY3d at 255).

Entered:  December 21, 2012                         Frances E. Cafarell
                                                    Clerk of the Court